

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Arvel William Stewart, Appellant

No. 06-14-00087-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 1 of Hunt County, Texas (Tr. Ct. No. CR1301157). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Carter* participating. Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Arvel William Stewart, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 14, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk